IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
UNITED STATES EX REL.        )
KARON E. HILL,               )
                             )    CIVIL ACTION
       Plaintiff,            )
                             )    FILE NO. 1:00-CV-1858-GET
v.                           )
                             )
MOREHOUSE MEDICAL            )
ASSOCIATES, INC.,            )
                             )
       Defendant.            )
_____)
```

## DEFENDANT MOREHOUSE MEDICAL ASSOCIATES, INC.'S MOTION FOR EXTENSION OF PAGE LIMIT

Defendant Morehouse Medical Associates, Inc. ("MMA") hereby moves the Court for an extension of the page limit for its Reply to its Motion to Dismiss Relator's Unsupervised Resident Allegation for Lack of Subject Matter Jurisdiction ("MMA's Reply to Motion to Dismiss"), showing as follows:

Local Rule 7.1(D) of the United States District Court for the Northern District of Georgia provides that replies to a motion are limited in length to fifteen (15) pages. Due to the complexity of the issues inherent in the public disclosure bar and the necessity to address the inaccuracies contained in Relator's Response to MMA's Motion to Dismiss, MMA requests that the Court grant an extension to the page limit set forth in Local Rule 7.1(D).

AT:451131v1

Accordingly, for the reasons set forth herein, MMA respectfully requests that MMA's Motion for Extension of Page Limit be granted and that MMA be permitted to file MMA's Reply to Motion to Dismiss filed simultaneously herewith. A proposed order is attached hereto as Exhibit A for the Court's convenience.

Respectfully submitted, this 20th day of July, 2006.

/s/ Rebekah N. Plowman_____
Rebekah N. Plowman
Georgia Bar No. 531044
Kristen Pollock McDonald
Georgia Bar No. 388558
Christy D. Durden
Georgia Bar No. 235053

Attorney for Defendant
Morehouse Medical Associates, Inc.

Epstein Becker & Green, P.C.
Suite 2700, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326
Telephone:  (404) 923-9000
Facsimile:  (404) 923-9099
Email:  rplowman@ebglaw.com

<u>**CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)**</u>

I certify that this "**DEFENDANT MOREHOUSE MEDICAL ASSOCIATES, INC.'S MOTION FOR EXTENSION OF PAGE LIMIT**" has been prepared with Courier New, 12 point, one of the font and point selections approved by the Court in LR 5.1(B), Northern District of Georgia.

This 20th day of July, 2006.


*/s/Rebekah N. Plowman*
Rebekah N. Plowman
Georgia Bar No. 531044
Kristen Pollock McDonald
Georgia Bar No. 388558
Christy D. Durden
Georgia Bar No. 235053

Epstein Becker & Green, P.C.
Suite 2700, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 923-9000
Facsimile:  (404) 923-9099
Email:  rplowman@ebglaw.com

Attorney for Defendant
Morehouse Medical Associates, Inc.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed "**DEFENDANT MOREHOUSE MEDICAL ASSOCIATES, INC.'S MOTION FOR EXTENSION OF PAGE LIMIT**" with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Mike Bothwell, Esq.              Mina Rhee, Esq.
Bothwell & Harris, P.C.          Assistant U.S. Attorney
Mike@BothwellHarris.com          Mina.rhee@usdoj.gov


This 20th day of July, 2006.


                              /s/ Rebekah N. Plowman_____
                              Rebekah N. Plowman
                              Georgia Bar No. 531044

                              Attorney for Defendant
                              Morehouse Medical Associates, Inc.

Epstein Becker & Green, P.C.
Suite 2700, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia  30326
Telephone:  (404) 923-9000
Facsimile:  (404) 923-9099
Email:  rplowman@ebglaw.com